UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Robert L. Quarles v. Bayer Corporation, et al.* | No. 10-cv-20175-DRH |
| *Marylou Angelo v. Bayer Corporation, et al.* | No. 10-cv-10468-DRH |
| *Mindy Brown v. Bayer Corporation, et al.* | No. 10-cv-12920-DRH |
| *Lacresha Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11274-DRH |
| *Darlene Lambert v. Bayer Corporation, et al.* | No. 10-cv-10881-DRH |
| *Jacqueline Linn v. Bayer Corporation, et al.* | No. 10-cv-12802-DRH |
| *Tanya Milam v. Bayer Corporation, et al.* | No. 10-cv-11283-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 9, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
      **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.11 15:07:44 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT